Cornelius Oluseyi Ogunsalu, Pro Se
637 E. 2nd Street
National City, CA 91950
(858) 242 8852
ogunsalucorneliusoluseyi@gmail.com



FILED

JUL 2 8 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS OLUSEYI OGUNSALU, AN INDIVIDUAL<br><br>          Plaintiff,<br><br>vs.<br><br>SWEETWATER UNION HIGH SCHOOL DISTRICT;<br><br>JENNIFER CARBUCCIA;<br><br>DOES 1 - 10 (SWEETWATER UNION HIGH SCHOOL DISTRICT);<br><br>DOES 11 – 20 (SAN DIEGO UNIFIED SCHOOL DISTRICT);<br><br>DOES 21 -30 (CALIFORNIA COMMISSION ON TEACHER CREDENTIALING)<br><br>          Defendants<br>The individually named defendants (including all DOES) are being sued in their individual/personal capacities. | Case No.:<br><br>'17 CV 1535 BAS MDD<br><br>**COMPLAINT and**<br>**JURY TRIAL DEMAND**<br>**(28 U.S.C §1983/TITLE VII CIVIL RIGHTS)**<br><br>Related Cases:<br>(1) *Ogunsalu v. San Diego Unified School District Board of Education, et al.* Trial No. 15--cv-02203/9th Cir. No. 16-55624,<br>(2) *Ogunsalu v. San Diego Unified School District*, PERB UPC No. LA-CE-5930;<br>(3) *State of California v. Cornelius Ogunsalu,* Trial Court No. M190960/Appellate No. CA 263754<br>(4) *Ogunsalu v. Superior Court (Commission on Teacher Credentialing/California Attorney General's Office),* California Supreme Court Case No. S242539<br>(5) *Ogunsalu v. Superior Court*, U.S. Supreme Court Case No. 16-9548<br>(6) *Ogunsalu v. Sweetwater Union High School District*, PERB UPC No. LA-CE-6206-E<br>(NOTE: Awaiting the Public Employment Relations Board to Make the Decision Whether to Issue a COMPLAINT Against Sweetwater Union High School District) |

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 1

## NATURE OF ACTION

This is a lawsuit to correct the unlawful employment practices of unlawful discrimination based on color (Black), national origin (Nigerian), age (54 years) [and] unlawful retaliation in violation of Title Vii of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et seq. ("Title VII"); Title 1 of the Civil Rights Act of 1991, 42 U.S.C. §1981a; and the Age Discrimination in Employment Act (ADEA) of 1967. This action seeks to provide appropriate relief to Plaintiff Cornelius Oluseyi Ogunsalu, who was adversely affected by it. This action is also to correct unlawful and [un]constitutional governmental actions under color of law and conspiracies to deprive Plaintiff Cornelius Ogunsalu of his rights constitutional rights under the U.S. and California Constitutions, in violation of 42 U.S.C. §1983, i.e., actions under color of law and conspiracy to interfere with civil rights.

Plaintiff Cornelius Oluseyi Ogunsalu contends that Defendant Sweetwater Union High School District and its agents (DOES 1-10) and Defendant Jennifer Jennifer Carbuccia discriminated against due to his color, race and age, him by refusing to re-hire him after applying for reemployment as a substitute teacher with the school district, [because] he (Ogunsalu) had previously exercised his rights under Title VII, by repeatedly complaining about unlawful discrimination and retaliation against him by some school administrators (i.e., principals and vice-principals) and teachers at Sweetwater Union High School District.

## JURISDICTION AND VENUE

1. This Court has original jurisdiction in this action pursuant to 28 U.S.C. §1331 and 1343 and 42 U.S.C. §2000e-5 inasmuch as the matter in controversy is brought pursuant to Title VII of the Civil Rights Act of 1964, 442 U.S.C. §2000e et seq. and also pursuant to 42 U.S.C. §1983. Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. The jurisdiction of this Court is invoked to secure protection and redress violations and deprivation rights guaranteed by federal law, which rights provide for injunctive relief and other relief for illegal employment discrimination. The amount of controversy in this action exceeds the jurisdictional limits of this Court.

2. Plaintiff filed a Charge of Discrimination on February 10, 2017 with the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on race, Black and national origin, Nigerian in violation of Title VII of the Civil Rights Act of 1964, as

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 2

amended; and also alleging discrimination based on Plaintiff age, 54 years, in violation of the Age Discrimination in Employment Act of 1967, as amended. The said EEOC Charge of Discrimination also alleged retaliation against Plaintiff for engaging in protected activity, in violation of aforementioned statutes.

3.    On May 31, 2017, the EEOC issued Plaintiff a Right-to-Sue Letter permitting Plaintiff to file this action within 90 days of said RTS letter. The 90 days within which to file this lawsuit expires on or about August 23, 2017 and this action is being filed [before] the said expiry date, i.e., this original Complaint is being filed on July 30, 2017.

4.    Venue is proper in this District pursuant to 28 U.S.C. §§1391(a) and (b), because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this judicial district. Venue is also proper under 18 U.S.C. §1965(a) because Defendants reside, are found, have agents or transact their affairs in this District.

## PARTIES

5.    Plaintiff Cornelius Oluseyi Ogunsalu is a 55 years old black African American male of Nigerian origin, and is a citizen of the State of California and a naturalized citizen of the United States of America. He is an educator by profession.

6.    At all relevant times, Defendant Sweetwater Union High School District is a state independent school district based in San Diego County.

7.    Defendant Jennifer Carbuccia is a citizen of the State of California and resides in San Diego County and is employed as general counsel with Defendant Sweetwater Union High School District. This defendant is being sued in her individual capacity for action under color of law.

8.    Defendants DOES 1 – 10 (Sweetwater Union High School District) are citizens of the State of California and reside in San Diego County and are employed by Defendant Sweetwater Union High School District.

9.    Defendants DOES 11 – 20 (San Diego Unified School District) are citizens of the State of California and reside in San Diego County and are employed at San Diego Unified School District.

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 3

10.     Defendants DOES 21 – 30 (California Commission on Teacher Credentialing) are citizens of the State of California and reside in Sacramento County and are employed at the California Commission on Teacher Credentialing in Sacramento, CA.

## GENERAL ALLEGATIONS

11.     On August 13, 2014, while working as a social science substitute teacher at Paloma High School, Plaintiff was subjected to two observations, one after the other by the school principal, Ms. Sarita Fuentes and vice principal, Mr. Thomas Costa.

12.     At the end of her observation, Ms. Fuentes called Plaintiff outside the classroom and asked, "Do you have any questions for me?"

13.     Plaintiff responded, "No, I do not have any questions for you. Do you have any questions for me?"

14.     Ms. Fuentes responded, "No, but I will like you to change the tone of your voice."

15.     Plaintiff responded that he normally spoke loudly and authoritatively [but] Ms. Fuentes [insisted] that she wanted Plaintiff to change the "tone" of his voice.

16.     In follow-up emails with Ms. Fuentes on August 16 and 18, 2014, Plaintiff pointed out that there was a white male teacher in the school who spoke loudly and authoritatively and was the same build and size as Plaintiff, wondering why Ms. Fuentes had no problem with the white teacher.

17.     Ms. Fuentes did not respond to any of Plaintiff's emails but took an action behind the scene to ban Plaintiff from ever working as a substitute teacher at that school site, i.e., Paloma High School.

18.     **The emails sent by Plaintiff to Ms. Sarita Fuentes memorializing this racially discriminatory incidence at Palomar High School, are attached as Exhibit No. 1**

**19.**     On September 12, 2014, while working as a dance class substitute teacher at San Ysidro High School, Plaintiff was deliberately locked out of the dance teacher's office by the dance teacher, Mr. Lalo Hirsch.

20.     Plaintiff complained to the front office that he had no desk, chair and computer to work from and Mr. Hirsch came back to open the office but started to take pictures of everything in the office.

21.    When Plaintiff asked why he was taking pictures of his office, Mr. Hirsh stated that he's been robbed previously by a black man and did not things to go missing in his office while he was gone.

22.    Plaintiff called Mr. Hirsh out on his behavior (in a letter) as being discriminatory due to Plaintiff's race and color. In addition, Plaintiff stated in said letter to Mr. Hirsch that he (Plaintiff) was not a thief.

23.    **The letter written to Mr. Hirsh by Plaintiff on September 12, 2014, memorializing this racially discriminatory incidence at San Ysidro High School, is attached as Exhibit No. 2**

24.    In November 2015, Plaintiff contacted Dr. Joe Fulcher, Assistant Superintendent at Sweetwater Union High School District by email to discuss Plaintiff's experiences at Sweetwater Union High School District and to set up an appointment to discuss how Plaintiff could get hired on as a full-time teacher at Sweetwater Union High School District.

25.    Nothing came out of the email communications with Dr. Joe Fulcher, despite the fact that Plaintiff explained in his emails that he had experienced racial discrimination at Sweetwater Union High School District dating back to when Plaintiff did his student teaching at Chula Vista Middle School in 2006.

26.    In one of his email communications to Dr. Joe Fulcher, Plaintiff identified the two white female teachers that discriminated against Plaintiff, as Ms. Julie Sysak and Ms. Craighead.

27.    Both female white teachers were the master teachers that Plaintiff was assigned to during his student teaching at Chula Vista Middle School.

28.    Both teachers [deliberately] failed Plaintiff in his student teaching course's final evaluation by giving Plaintiff a C grade.

29.    Throughout his student teaching at Chula Vista Middle School, Plaintiff's evaluations had been A's and B's including those written by the field supervisor assigned by University of San Diego School of Leadership and Education Sciences, i.e., the late Mr. Al Mitrovitch.

30.    Mr. Mitrovitch (whose son and son's wife were educators at Sweetwater Union High School District) strongly encouraged Plaintiff to apply for employment at Sweetwater Union because he (Mitrovitch) believed that Plaintiff would make a great teacher and a neded

addition to the district because there were hardly any black teachers and no black administrators in the Sweetwater Union High School District at that time in 2006.

31. At the end of his 2006 student teaching at Chula Vista Middle School, in addition to deliberately failing Plaintiff by deliberately lowering Plaintiff's final evaluation grade to a C (i.e., thereby making it impossible for Plaintiff to graduate), both teachers, Ms. Sysak and Ms. Craighead, wrote a letter at the behest of a Dr. Judy Mantle at University of San Diego School of Leadership and Education Sciences, that they were going to send to the California Commission on Teacher Credentialing recommending that Plaintiff should not get credentialed.

32. These last minute adverse actions at the end of Plaintiff's student teaching, by Sysak, Craighead and Mantle, were racially motivated because Plaintiff was a black male recipient of a Catholic Church funded full scholarship to get his teaching credential.

33. The adverse actions meant that Plaintiff would have to redo his student teaching course all over again at great expense that Plaintiff could not afford at that time [or] drop out entirely and abandon the credential program.

34. Plaintiff appealed said adverse actions by Sysak, Craighead and Mantle to the Dean of the University of San Diego School of Leadership and Education Sciences, i.e., Dr. Paula Cordeiro including to the Vice Chancellor's Office.

35. When Plaintiff threatened to take legal action alleging racial discrimination at Chula Vista Middle School during his student teaching, Dr. Cordeiro changed the C grade to a B-grade, thereby making it possible for Plaintiff to finally graduate from the University if San Diego Single Subject Teaching Credential program, after months of going through the appeals at University of San Diego School of Leadership and Education Sciences and the Chancellor's Office.

36. **The emails sent to Dr. Joe Fulcher in which Plaintiff detailed his experiences with discrimination at Sweetwater Union High School District during his student teaching in 2006 and after, are attached as Exhibit No. 3.**

37. On April 17, 2015, Plaintiff while substitute teaching in a classroom, was subjected to a great deal of disrespect by a student and a campus assistant at Chula Vista High School.

38. Upon a false reporting of what happened during the incidence by the campus security and student, one of the vice-principals at the school (CVHS), Mr. Garnica-Mendoza,

summoned Plaintiff into his office to sign a document with a police officer standing outside the office in the corridor.

39.    The document was a false and adverse evaluation that Plaintiff flatly refused to sign, despite repeated attempts by Mr. Garnica-Mendoza to force Plaintiff to sign it.

40.    Plaintiff left the office of Mr. Garnica-Mendoza that day and headed to the H.R. Office to report the incidence to Ms. Mary Wager who was the H.R. manager in charge of all substitute teachers.

41.    Mr. Garnica-Mendoza then blocked Plaintiff from ever being able to take any furthr assignments at Chula Vista High School.

42.    Plaintiff believed he was banned from Chula Vista High School by Mr. Garnica-Mendoza for speaking up about the xenophobia he'd experienced on April 17, 2015 [and] because he [Plaintiff] was black (African American).

43.    Plaintiff requested that Mr. Garnica-Mendoza withdraw his false evaluation but he did not.

44.    In addition to retaliating against Plaintiff by blocking Plaintiff's ability to get substitute assignments at Chula Vista High School, Mr. Garnica-Mendoza also retaliated against Plaintiff by blocking Plaintiff from sending him (i.e., Garnica-Mendoza) emails.

45.    **The emails sent to Mr. Garnica-Mendoza detailing the racial discrimination Plaintiff experienced at Chula Vista High School and the act of retaliation whereby Plaintiff was blocked from sending Garnica-Mendoza emails, are attached as Exhibit No. 4.**

46.    On February 5, 2016, three administrators at San Ysidro High School got numerous students to write extremely derogatory and racist statements about Plaintiff, regarding a very minor disciplinary incident that occurred in the classroom when Plaintiff substituted at San Ysidro High School on January 26, 2016.

47.    The three administrators that orchestrated the writing of extremely derogatory and racist statements about Plaintiff, were two vice-principals, Mr. Ricardo-Cooke and Mr. Juan Neria and the principal of San Ysidro High School at that time, Mr. Hector Espinoza.

48.    At an earlier date, Mr. Ricardo-Cooke had made some reference to Plaintiff's national origin, i.e., Nigeria, because of Plaintiff's "accent" according to Mr. Ricardo-Cooke. Mr. Ricardo-Cooke said he had known some "Nigerians" previously and Plaintiff did not know

exactly in [what] context, i.e., whether negative or not but from the actions of Mr. Ricardo-Cooke, Plaintiff believed that it was negative.

49.   The three administrators at San Ysidro High School summoned Plaintiff into the principal's office and started to railroad Plaintiff to accept all the written statements against him by students at the behest of Mr. Ricardo-Cooke and Mr. Juan Neria.

50.   Plaintiff in a very agitated state complained that he was tired of being discriminated at Sweetwater Union High School District because he was black.

51.   That it was obvious from the lack of full-time contracted black teachers and lack of black administrators in schools within the district, that Sweetwater Union High School District was racially discriminating against black educators.

52.   The principal, Mr. Hector Espinoza countered this by saying that the number of black students in terms of percentage was equal to the percentage of black educators at Sweetwater Union High School District.

53.   Plaintiff said that there was only one black vice-principal in the whole district (an African-American female) and that had it not been for the discrimination he has suffered at Sweetwater Union High School District since he did his student teaching in 2006, that Plaintiff should be a vice-principal or principal at Sweetwater Union High School District.

54.   All three administrators continued to harangue Plaintiff in the principal's office at San Ysidro High School, until Plaintiff finally excused himself and left the principal's office because the bell had rung, signaling the end of lunch [and] Plaintiff had to return to his class.

55.   Plaintiff did not hear anything further from the three administrators but noticed that he no longer got any substitute teaching assignments at San Ysidro High School, meaning that the three administrators (i.e., Espinoza, Cooke and Neria) had retaliated against Plaintiff by blocking Plaintiff from being able to accept substitute teaching assignments at San Ysidro High School.

56.   The actions of both vice-principals, Mr. Ricardo-Cooke and Mr. Juan Neria to criminalize Plaintiff by having Hispanic students to write false and incriminating reports against Plaintiff, were racially motivated and discriminatory because Plaintiff was/is black and of Nigerian origin.

57.   The actions of both vice-principals, Mr. Ricardo-Cooke and Mr. Juan Neria were also retaliatory in the sense that an email to both vice-principals in which Plaintiff told the vice-

principals that they were blowing things out of proportion, resulted in the two vice-principals getting the Hispanic students together to write [false], racist and incriminating statements against Plaintiff.

58.    **The emails sent to Mr. Ricardo-Cooke and Mr. Juan Neria by Plaintiff detailing these racist and discriminatory experiences are attached as Exhibit No. 5**

59.    Plaintiff voluntarily resigned his position as substitute teacher at Sweetwater Union High School in July 2016, because of concerns that his preliminary teaching credentials were expiring and his application for his clear credentials was still pending approval before the California Commission on Teacher Credentialing.

60.    In July 2016, Plaintiff still had an active application for full-time Social Science position because that application was in the 2015/2016 Social Science teacher applicant pool.

61.    In July 2016 Plaintiff had a valid and pending Clear Credential application with the California Commission on Teacher Credentialing that permitted Plaintiff to apply for work as a substitute or full-time teacher.

63.    In December 2016, because he had a valid pending Clear Credential application with the California Commission on Teacher Credentialing (CCTC), Plaintiff decided to reapply as a substitute teacher and contacted the HR office.

64.    Plaintiff was informed that he would have to reapply online through EdJoin and go through the hiring process he had previously gone through when he applied for the position of substitute teacher in 2014.

65.    This included completing a medical evaluation and completing the California Mandated Reporter training.

66.    Plaintiff completed all the requirements as informed by the Sweetwater Union High School HR department, i.e., to reapply to become a substitute teacher and everything checked out at that time, including the confirmation that Plaintiff had a valid and pending Clear Credential application with CCTC

67.    On or around December 9, 2016, Plaintiff contacted the Sweetwater Union High School HR department to ask when he could start working as a substitute teacher and the HR personnel that he communicated with, a Ms. Arlene Garcia informed Plaintiff that the Sweetwater Union High School HR department had decided not to go ahead with re-hiring Plaintiff as a substitute teacher.

68.     According to Ms. Arlene Garcia, there was negative information in Plaintiff's personnel records that resulted in the decision not to rehire Plaintiff as a substitute teacher.

69.     On December 10, 2016, Plaintiff, very concerned about the [unknown] and [undisclosed] negative and derogatory information that were in his personnel file, sent Ms. Garcia an email requesting Plaintiff's entire personnel records.

70.     Ms. Garcia did not respond to that email or subsequent emails that Plaintiff sent to Dr. Milena Aubry, Director of Human Resources at Sweetwater Union High School District, and Ms. Amy Hunt, the Assistant Director of HR.

71.     Plaintiff made additional requests by email to Ms. Arlene Garcia and included Dr. Joe Fulcher and other administrators, requesting for his entire HR/Personnel file at Sweetwater Union High School District, only to have his email address ogunsalucorneliusoluseyi@gmail.com completely blocked on the computer server of Sweetwater Union High School District.

72.     This action was retaliatory because Plaintiff requested to see information in Plaintiff's personnel file relating to some site administrators "banning" Plaintiff from their schools and also contained derogatory information undisclosed to Plaintiff that had been inserted in said file without Plaintiff's knowledge.

73.     These Sweetwater Union High School District site administrators that Plaintiff has outlined above visited their discriminatory and retaliatory actions towards and upon Plaintiff, because Plaintiff complained about unfair treatment at those school sites, towards him because he was black that were in violation of federal law.

74.     **The emails memorializing Plaintiff's rehiring application and non-rehire as a substitute teacher, including the blocking of Plaintiff's email in retaliation for requesting his entire personnel file, are attached as Exhibit No. 6.**

75.     **Plaintiff alleges** in the 2014/2015 and 2015/2016 school years he applied for full-time positions as a Social Science teacher and was in the applicant pool for both years without being called to interview for Social Science teaching positions that came open and were filled with less qualified candidates than Plaintiff who were either Hispanic or White and were much younger than Plaintiff.

76.     **Plaintiff further alleges** that Jennifer Carbuccia, the general counsel at Sweetwater Unified High School District (who was formally an assistant general counsel at San Diego

Unified School District), **conspired** with Andra Donovan, the general counsel at San Diego Unified School District; Ani Kindall of the California Commission on Teacher Credentialing; Chara Crane, Deputy Attorney General with the California Attorney General's; DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); DOES 21-30 (California Commission on Teacher Credentialing), to unlawfully revoke Plaintiff's California teaching credentials and have Plaintiff's Clear Credential application denied by causing an Office of Administrative Hearing (OAH) hearing to occur on November 14-15, 2016, whereby various false and contrived testimonies where rendered before Administrative Law Judge Adam L. Berg, resulting in the revocation of Plaintiff's California teaching credential and denial of Plaintiff's Clear Credential application, without due process.

77.    Jennifer Carbuccia, Andra Donovan, Ani Kindall, DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); DOES 21-30 (California Commission on Teacher Credentialing, all acted under color of law on November 14-15, 2016, at the OAH hearing whereby various false and contrived testimonies where rendered before Administrative Law Judge Adam L. Berg, resulting in the revocation of Plaintiff's California teaching credentials and denial of Plaintiff's Clear Credential application, without due process.

78.    Jennifer Carbuccia, Andra Donovan, Ani Kindall, DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); DOES 21-30 (California Commission on Teacher Credentialing, all acted under color of law on November 14-15, 2016, at the OAH hearing whereby various false and contrived testimonies where rendered before Administrative Law Judge Adam L. Berg, resulting in Plaintiff's being denied his property rights to his California preliminary teaching credentials and Clear credentials without due process of law as guaranteed by the 14th Amendment to the U.S. Constitution.

79.    Jennifer Carbuccia, Andra Donovan, Ani Kindall, DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); DOES 21-30 (California Commission on Teacher Credentialing, all acted under color of law on November 14-15, 2016, at the OAH hearing whereby various false and contrived testimonies where rendered before Administrative Law Judge Adam L. Berg, in order to pre-empt the outcome of the Public Employment Relations Board (PERB) proceedings *Cornelius Ogunsalu v. San*

*Diego Unified School District*, Unfair Practice Charge No. LA-CE-5930, in which the Administrative Law Judge Shawn P. Cloughesy may find that Plaintiff's non-reelection by San Diego Unified School District in March, 2014, [was] unlawful.

80.    Jennifer Carbuccia was hired as General Counsel at Sweetwater Union High School District on July 20, 2015 and was recommended for the position by Richard Barrera, a San Diego Unified School District Board member, who is a defendant in Ogunsalu v. San Diego Unified School District Board of Education, et al.

81.    Before that, Jennifer Carbuccia was employed as the Executive Director and Special Counsel, Labor Relations at San Diego Unified School District from January 2013 to July 2015.

82.    Jennifer Carbuccia was employed as the Executive Director and Special Counsel, Labor Relations at San Diego Unified School District at a time when there was a labor freeze at San Diego Unified School District [but] was hired into the $131,000 position that was [not] advertised, at the suggestion SDUSD Board member Richard Barrera.

83.    Jennifer Carbuccia was employed as the Executive Director and Special Counsel, Labor Relations at San Diego Unified School District from January 2013 – July 2015.

84.    Plaintiff Cornelius Ogunsalu was hired as a Probationary 2 contract teacher in July 2013 i.e., in the 2013/2014 school year, through a SDEA teachers' union labor negotiation on behalf of Plaintiff, with San Diego Unified School District.

85.    Plaintiff Cornelius Ogunsalu was [unlawfully] non-reelected barely seven (7) months into the said Probationary 2 teaching contract on March 11, 2014 at the time Jennifer Carbuccia was employed as the Executive Director and Special Counsel, Labor Relations at San Diego Unified School District from January 2013 – July 2015.

86.    Jennifer Carbuccia conspired with Richard Barrera (i.e., a defendant in *Ogunsalu v. San Diego Unified School District Board of Education, et al.*, Case No. 15-cv-02203/9th Circuit Appeal No. 16-55624); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to interfere with the Ogunsalu v. San Diego Unified School District Board of Education, et al. lawsuit and did interfere with said lawsuit.

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 12

87.     Jennifer Carbuccia conspired with Richard Barrera (i.e., a defendant in *Ogunsalu v. San Diego Unified School District Board of Education, et al.,* Case No. 15-cv-02203/9th Circuit Appeal No. 16-55624); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to interfere with the *Cornelius Oluseyi Ogunsalu v. San Diego Unified School District,* UPC No. LA-CE-5930 PERB proceedings and did interfere with said PERB proceedings.

88.     Jennifer Carbuccia conspired with Richard Barrera (i.e., a defendant in *Ogunsalu v. San Diego Unified School District Board of Education, et al.,* Case No. 15-cv-02203/9th Circuit Appeal No. 16-55624); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to interfere with Plaintiff's employment applications at Sweetwater Union High School District, to have Plaintiff denied employment and did cause Plaintiff to be denied employment at Sweetwater Union High School District when Plaintiff reapplied to be a substitute teacher in December, 2016.

89.     Jennifer Carbuccia conspired with Richard Barrera (i.e., a defendant in *Ogunsalu v. San Diego Unified School District Board of Education, et al.,* Case No. 15-cv-02203/9th Circuit Appeal No. 16-55624); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to have Plaintiff blacklisted as a teacher at Sweetwater Union High School District.

90.     Jennifer Carbuccia conspired with Richard Barrera (i.e., a defendant in *Ogunsalu v. San Diego Unified School District Board of Education, et al.,* Case No. 15-cv-02203/9th Circuit

Appeal No. 16-55624); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to have Plaintiff's teaching credentials revoked and thereby destroy Plaintiff's teaching career.

91.     Jennifer Carbuccia conspired with Richard Barrera (i.e., a defendant in *Ogunsalu v. San Diego Unified School District Board of Education, et al.*, Case No. 15-cv-02203/9th Circuit Appeal No. 16-55624); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to cause Plaintiff financial hardships through unemployment in his chosen field.

92.     Jennifer Carbuccia conspired with Richard Barrera (i.e., a defendant in *Ogunsalu v. San Diego Unified School District Board of Education, et al.*, Case No. 15-cv-02203/9th Circuit Appeal No. 16-55624); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to have Plaintiff blocked on SUHSD email server and did have Plaintiff's email block in order to have the same result as what happened when San Diego Unified School District had Plaintiff's email blocked in 2014, i.e., to have Plaintiff criminally prosecuted and convicted for harassment similar to what happened to Plaintiff in *State of California v. Cornelius Ogunsalu*, Trial Court No. M190960/Appellate No. CA 263754 in which San Diego Unified School District had Plaintiff criminally prosecuted for exercising his 1st Amendment rights of free speech and to petition the government!

93.     Jennifer Carbuccia conspired with Richard Barrera (i.e., a defendant in *Ogunsalu v. San Diego Unified School District Board of Education, et al.*, Case No. 15-cv-02203/9th Circuit Appeal No. 16-55624); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San

Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) and with the City of San Diego prosecutor Taylor Hearnsberger, to have Plaintiff criminally prosecuted and convicted again for electronic harassment while exercising his first amendment rights of free speech and for petitioning the government by sending emails to Sweetwater Union High School District to request his personnel file and view the derogatory contents that resulted in Plaintiff Cornelius Ogunsalu not being re-hired as a substitute teacher in December, 2016.

94.     Jennifer Carbuccia was employed in the Legal Services Department of San Diego Unified School District at the time of Plaintiff's non-reelection by San Diego Unified School District on March 11, 2014.

95. Jennifer Carbuccia was colleagues and friends with Andra Donovan (SDUSD General Counsel) and Jose Gonzales (SDUSD retired Asst. General Counsel and SDUSD Human Resource Officer) at the time of Plaintiff's non-reelection by San Diego Unified School District.

96. Jennifer Carbuccia was privy to [all] the events and SDEA union representation that resulted in Plaintiff obtaining a Probationary 2 teaching contract at San Diego Unified School District in July, 2013 [and] all the events leading to Plaintiff's non-reelection at SDUSD in March, 2014.

97. Jennifer Carbuccia had full knowledge of Plaintiff suing her friends and colleagues at San Diego Unified School District, in *Ogunsalu v. San Diego Unified School District Board of Education, et al.* Trial No. 15-cv-02203/9th Cir. No. 16-55624.

98. Jennifer Carbuccia acted under color of law and under the power of her authority as General Counsel at Sweetwater Union High School district, to cause Plaintiff not to be re-hired as a substitute teacher in December, 2016.

99.    Jennifer Carbuccia acted under color of law and under the power of her authority as General Counsel at Sweetwater Union High School district, to conspire along with Chara Crane (California Deputy Attorney General); Ani Kindall (General Counsel, California Commission on Teacher Credentialing); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to deprive Plaintiff his constitutional property rights to his California teaching credentials by unlawfully and illegally participating in the OAH revocation of Plaintiff's teaching credentials on November 14-15, 2016.

100. Jennifer Carbuccia acted under color of law and under the power of her authority as General Counsel at Sweetwater Union High School district, to conspire along with Chara Crane (California Deputy Attorney General); Ani Kindall (General Counsel, California Commission on Teacher Credentialing); DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) to deprive Plaintiff his constitutional property rights to his California teaching credentials by unlawfully and illegally participating in the OAH denial of Plaintiff's Clear Credential application on November 14-15, 2016.

## FIRST CAUSE OF ACTION – EMPLOYMENT DISCRIMINATION BASED ON RACE, COLOR AND NATIONAL ORIGIN IN VIOLATION OF TITLE VII CIVIL RIGHTS ACT AGAINST SWEETWATER UNION HIGH SCHOOL DISTRICT

101.    The allegations in paragraphs 1 through 100 are reincorporated herein

102. Plaintiff asserts that he is in a protected class based on his race (African American), color (Black) and national origin (Nigerian)

103. Plaintiff asserts that he was qualified for the position of substitute teacher in December, 2016 when he re-applied for the position of substitute teacher at Sweetwater Union High School District.

104. Plaintiff asserts that Sweetwater Union High School did not re-hire him for the position of substitute teacher in December 2016.

105. Plaintiff asserts that other candidates outside his protected class, i.e., Hispanics and Caucasians were selected for the position of substitute teacher in December 2016

**SECOND CAUSE OF ACTION – CIVIL CONSPIRACY IN VIOLATION OF U.S.C. § 1983 AGAINST JENNIFER CARBUCCIA, DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing)**

106.    The allegations in paragraphs 1 through 100 are reincorporated herein

107.    Plaintiff asserts that defendants Jennifer Carbuccia; DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) [all] acted under color of law and in conspiracy along with Chara Crane (California Deputy Attorney General) and Ani Kindall (General Counsel, California Commission on Teacher Credentialing) to have Plaintiff's California Preliminary Teaching Credentials revoked, thereby depriving Plaintiff of his property interests in his preliminary teaching credentials.

108.    Plaintiff further asserts that defendants Jennifer Carbuccia; DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (San Diego Unified School District); and DOES 21-30 (California Commission on Teacher Credentialing) [all] acted under color of law and in conspiracy along with Chara Crane (California Deputy Attorney General) and Ani Kindall (General Counsel, California Commission on Teacher Credentialing) to have Plaintiff's

California Clear Teaching Credentials application denied, thereby depriving Plaintiff of his property interests in his clear teaching credentials.[1]

## THIRD CAUSE OF ACTION – AGE DISCRIMINATION AND VIOLATION OF ADEA AGAINST SWEETWATER UNION HIGH SCHOOL DISTRICT

109.   The allegations in paragraphs 1 through 100 are reincorporated herein

110.   Plaintiff asserts that defendant Sweetwater Union High School denied him employment as a Social Science teacher when he applied and was placed in the Social Science teacher applicant pools for the school years 2014/2015 and 2015/2016.

111.   Plaintiff asserts that he was 40 years of age or older at the time he applied for the positions of Social Science teacher for the school years 2014/2015 and 2015/2016.

112.   Plaintiff asserts that Sweetwater Union High School District did not hire Plaintiff because of his age, 52 and 53 respectively for the school years 2014/2015 and 2015/2016.

113.   Plaintiff asserts that defendant Sweetwater Union High School District hired candidates who were much younger than 40 years old and who were Hispanic or Caucasian.

## PRAYER FOR RELIEF

A.   Grant a permanent injunction enjoining Defendant Sweetwater Union High School District, its administrators, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which retaliates against employees and applicants for employment who complain about discrimination;

B.   Order Defendant Sweetwater Union High School District to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees who exercise their federally protected rights to complain about

---

[1] "By the plain terms of § 1983, two – and only two – allegations are required in order to state a cause of action under that statute. First, the plaintiff must allege that some person has deprived him of a federal right. Second, he must allege that the person who has deprived him of that right acted under color of state or territorial law." *Gomez v. Toledo*, 446 U.S. 635, 640 (1980); see also, e.g., *Groman v. Township of Manalapan*, 47 F.3d 628, 633 (3d Cir. 1995) ("A prima facie case under § 1983 requires a plaintiff to demonstrate: (1) a person deprived him of a federal right; 25 and (2) the person who deprived him of that right acted under color of state or territorial law.").

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 18

discrimination and which eradicate the effects of its past unlawful employment practices;

C. Order Defendant Sweetwater Union High School District to make whole Plaintiff Cornelius Oluseyi Ogunsalu by providing appropriate back-pay (if applicable) with prejudgment interest and other affirmative and equitable relief necessary to eradicate the effects of its unlawful employment practices;

D. Order Defendant Sweetwater Union High School District to make whole Plaintiff Cornelius Oluseyi Ogunsalu by providing compensation for any applicable past and future pecuniary losses resulting from the unlawful employment practices described above, including but not limited to job search expenses and medical expenses;

E. Order Defendant Sweetwater Union High School District to make whole Plaintiff Cornelius Oluseyi Ogunsalu, by providing compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and humiliation.

F. Order Defendant Sweetwater Union High School District to wipe clean [all] derogatory reports/comments and write-ups contained in Plaintiff Cornelius Oluseyi Ogunsalu's employee records with Defendant Sweetwater Union High School District.

G. Order Defendant Sweetwater Union High School District to provide training to its officers, managers and employees regarding discriminatory harassment and retaliation in the workplace;

H. Order Defendant Sweetwater Union High School District to pay Plaintiff Cornelius Ogunsalu punitive damages for its malicious and/or reckless conduct described above, in amounts to be determined at trial;

I. Grant such further relief as the Court deems necessary and proper in the public interest;

J. Order compensatory and punitive damages against Defendants Jennifer Carbuccia; DOES 1-10 (Sweetwater Union High School District); DOES 11-20 (California Commission on Teacher Credentialing for conspiring together to unlawfully and unconstitutionally revoke Plaintiff Cornelius Oluseyi Ogunsalu's teaching credentials, i.e., depriving him of his constitutional property rights without due process of law.

## JURY TRIAL DEMAND

Plaintiff Cornelius Oluseyi Ogunsalu requests a jury trial on all questions of fact raised by his Complaint.

Respectfully Submitted,                                      Date: July 27, 2017

Cornelius Oluseyi Ogunsalu, Pro Se Plaintiff

# EXHIBIT NO. 1

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 21

> American of Nigerian descent and my genetic personality traits are not
> erasable just because you or anybody for that matter does not like my
> "tone,"
>
> I requested that you "enlighten me about the Sweetwater Union High
> School District policies regarding observations of substitute teachers
> and how those observations are utilized. I will appreciate a prompt
> response to my request and I ask this with utmost respect.
>
> I will also like that add that as a substitute teacher, I am very
> aware of my due process rights. If your formal  observations of me
> were triggered by "something" (i.e., that you have yet to disclose and
> properly address), then I can state here unequivocally that you have
> NOT afforded me any due process as a substitute teacher.
>
> Finally, you may not remember me, I worked for many years as a
> substitute at JCCS and know many of your JCCS colleagues including
> Tony Limoges who way my principal. As a very qualified and highly
> educated educator and an African American, I have come to realize that
> me being "African American of Nigerian national origin" continues to
> be an issue in my advancement as an educator here in San Diego County.
>
> I will like to recap here by politely asking that you respond to my
> initial email to you and if need be, set up a meeting with the Human
> Resource director, Assistant Superintendent Sandra C. Huezo, to
> address this matter properly. As I stated, I am a new employee at the
> district and have only substitute taught for two weeks. I will like to
> start off on a VERY good note and be a credit to Sweetwater Union High
> School District.
>
> I am sure that no principal tripped you up along the way as you
> realized your dream of becoming a principal from that passionate high
> school dropout who was DETERMINED to make it and be somebody and a
> credit to society. I have similar goals too!
>
> Sincerely,
> Cornelius Oluseyi Ogunsalu
>
>
> On 8/14/14, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
>> --------- Forwarded message ---------
>> From: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>
>> Date: Thu, 14 Aug 2014 08:40:33 -0700
>> Subject: Substitute Teacher Cornelius Ogunsalu
>> To: Sarita.Fuentes@sweetwaterschools.org
>>
>> Dear Ms. Fuentes,
>>
>> This is Cornelius Ogunsalu, the substitute teacher at your site
>> yesterday. It was a pleasure meeting you. I would like to say that as
>> a new hire with Sweetwater Union High School District, I am not
>> familiar with procedures and policies involved when substitute
>> teachers within the district are observed and how such observations
>> are utilized. I would really appreciate your enlightening me in this
>> regards. I would also appreciate if you would provide me with copies
>> of both observations done on me while at your site yesterday. Again, I
>> want to say thanks for having me at your school site.
>>
>> Sincerely,
>> Cornelius Ogunsalu
>> 858-242-8852
>>
>

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                    Sat, Jun 24, 2017 at 6:21 AM
To: ogunsalucorneliusoluseyi <ogunsalucorneliusoluseyi@gmail.com>

---------- Forwarded message ----------
From: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>
[Quoted text hidden]

# EXHIBIT NO. 2

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 22

P.S. What do, your prior "bad" experiences have to do with me ???

Cornelius Ogunsalu
MBA, MA, B.Sc, B.BA
Social Science and Business Credentials
858 242 8852

Ms. Lola Hirsch,

I was not surprised at your behavior towards me this morning. Being COMPLETELY inhospitable towards me because of my color and race is not new to me. I called you out on your behavior and I hope you become cognizant of it for ensuring it does not happen in the future. I am NOT a thief and did not need taking pictures of your office.

Cornelius Ogunsalu

# EXHIBIT NO. 3

6/26/2017   Gmail - JOE FULCHER - Fwd: Meeting Appointment

 Gmail

**Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>**

## JOE FULCHER - Fwd: Meeting Appointment

1 message

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                Fri, Jun 23, 2017 at 11:31 PM
To: ogunsalucorneliusoluseyi <ogunsalucorneliusoluseyi@gmail.com>

---------- Forwarded message ----------
From: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>
Date: Mon, 30 Nov 2015 11:51:18 -0800
Subject: Meeting Appointment
To: Joe.Fulcher@sweetwaterschools.org

Dr. Joe Fulcher,

Hello, my name is Cornelius Ogunsalu and I am presently a substitute
teacher for SUHSD. I was previously a Prob. 2 contract teacher at
SDUSD for the 2013/2014 school year but was unlawfully non-reelected
by my former principal, Michael Dodson at Bell Middle School.

I will like to meet with you to find out how to get hired here as
SUHSD. I have two single subject credentials in Social Sciences and
Business.

The CCTC is still on standby regarding what to do with my credentials
because I appealed a decision by the Committee in February, 2015 to
suspend my credentials for 21 days and grant my clear credential
application based on the unlawful non-reelection.

I will be honest with you that I have two pending PERB charges against
SDUSD of which PERB has issued one complaint; and I have a Section
1983 lawsuit naming multiple parties at SDUSD as defendants. I had to
do what I could do before my career and life was completely destroyed
by SDUSD.

Having said all that, is there anything you can do to get me into
SUHSD? I will appreciate if you can meet with me sometime during the
afternoon on whatever day you will be available.

Sincerely,
Cornelius Ogunsalu

PS. I have been on SUHSD Social Sciences teachers' pool on EdJoin the
last two years. Just FYI.

Gmail                                    **Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>**

## Meeting Appointment

7 messages

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                    Mon, Nov 30, 2015 at 11:51 AM
To: Joe.Fulcher@sweetwaterschools.org

Dr. Joe Fulcher,

Hello, my name is Cornelius Ogunsalu and I am presently a substitute
teacher for SUHSD. I was previously a Prob. 2 contract teacher at
SDUSD for the 2013/2014 school year but was unlawfully non-reelected
by my former principal, Michael Dodson at Bell Middle School.

I will like to meet with you to find out how to get hired here as
SUHSD. I have two single subject credentials in Social Sciences and
Business.

The CCTC is still on standby regarding what to do with my credentials
because I appealed a decision by the Committee in February, 2015 to
suspend my credentials for 21 days and grant my clear credential
application based on the unlawful non-reelection.

I will be honest with you that I have two pending PERB charges against
SDUSD of which PERB has issued one complaint; and I have a Section
1983 lawsuit naming multiple parties at SDUSD as defendants. I had to
do what I could do before my career and life was completely destroyed
by SDUSD.

Having said all that, is there anything you can do to get me into
SUHSD? I will appreciate if you can meet with me sometime during the
afternoon on whatever day you will be available.

Sincerely,
Cornelius Ogunsalu

PS. I have been on SUHSD Social Sciences teachers' pool on EdJoin the
last two years. Just FYI.

**Joe Fulcher** <joe.fulcherjr@sweetwaterschools.org>                    Tue, Dec 1, 2015 at 9:49 PM
To: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>

Please email my assistant, Yessica Meza, to schedule a brief meeting.

_____
Joe Fulcher, Ph.D.
Assistant Superintendent
Equity, Culture, Support Services
Sweetwater Union High School District
1130 Fifth Ave., Chula Vista, CA 91911
(o) 619.407.4920
joe.fulcher@sweetwaterschools.org

_____
From: Cornelius Ogunsalu [ogunsalucorneliusoluseyi@gmail.com]
Sent: Monday, November 30, 2015 11:51 AM
To: Joe Fulcher
Subject: Meeting Appointment
[Quoted text hidden]

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                    Wed, Dec 2, 2015 at 8:00 AM
To: yessica.meza@sweetwaterschools.org

Good morning Ms. Meza,

Dr. Fulcher asked me to contact you to set up a meeting brief meeting
with him. Due to the fact that I take public transportation, I will
prefer a meeting in the afternoon after school. I am a substitute
teacher and normally work every day of the week.

Thanks,
Cornelius Ogunsalu
[Quoted text hidden]

---

**Yessica Meza** <Yessica.Meza@sweetwaterschools.org>                    Wed, Dec 2, 2015 at 3:31 PM
To: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>

Good afternoon -

About what time would you be available so I can schedule an appointment?  He's back to back at school sites doing an
Equity Listening Campaign.  He has a couple of days on the week of Dec. 14 but they are early afternoon.  You can call
me at (619) 407-4920, email me or give me a contact number so I can call you to set up an appointment.

Thank you.
[Quoted text hidden]

---

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                    Fri, Dec 4, 2015 at 7:16 AM
To: Yessica Meza <Yessica.Meza@sweetwaterschools.org>

Hi Ms. Meza,

Thanks for your email. I can imagine how busy Dr. Fulcher is and don't
want to set up an appointment and miss it due to the fact that I ride
the trolley and bus to all my substitute assignments in the district
these days. So getting to the district office after work may prove
problematic.

Having said that, I will send another email to Dr. Fulcher and will
get back to you if he still can meet with me before schools are out
for Christmas break.
Cornelius Ogunsalu
[Quoted text hidden]

---

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                    Fri, Dec 4, 2015 at 8:24 AM
To: Joe.Fulcher@sweetwaterschools.org

Dr. Fulcher,
Thanks again for asking me to set up an appointment to meet with you.
I was informed of how very busy you are these days with the Equity
hearing meetings at the various school sites.

I did my student teaching at Chula Vista Middle School in 2006 and
experienced inequity in the way my two master teachers, Julie Sysak
and Ms. Craighead attempted to strip me of the opportunity to get my
teaching credential through the University of San Diego. I was one of
the diversity students that was recruited and offered full African
American male scholarship at USD that year. I was in the same cohort
as Terrence who got into trouble here at SUHSD.

Those two women were upset with me at that time because according to
them, I would be making more than they were making as a new teacher. I

already had two masters (MBA and MA) degrees at that time in 2005, when I had decided to go into teaching, after being convinced by Dr. Norman Chambers (a friend and professor at SDSU at that time) to consider going into teaching here in San Diego, because there were not enough black male teachers.

After giving me great evaluations (As and B+s), both master teachers, at the end of my student teaching gave me a final grade of C which brought my GPA down below a 3.0 making it impossible to graduate. Even my USD field supervisor, Al Mitrovich, the late father of one of AP at SUHSD (at Mar Vista HS) was very appalled at what Sysak and Craighead did. He had been assuring me then in 2006, that SUHSD was a great school and I should consider applying for a job in the district.

Dr. Judy Mantle a racist white female professor at USD who was the Student Teaching field director along with Sysak an Craighead then called a meeting in which they had written a letter that they were going to send to CCTC to ensure that I was not granted a teaching credential. At that meeting in the conference room at CVMS, the three women sat there, gave me a copy of the letter and were reading it out to me, when I got up and left the xenophobic meeting in which three white women were bent on destroying my teaching career before it started.

The USD dean at that time, Dr. Cordeiro was sitting on the CCTC commission and it was her that I had to inform that my grade of C was motivated by racist sentiments and threatened to report the USD SOLES to NCATE. After about 4 months of going back and forth, was when Dean Cordeiro relented and agreed to change my grade to a B minus, which brought my GPA above 3.0 and I was able to get my Single Subject Credential granted.

Ever since that time in 2006, it appeared as if I had been blacklisted and was unable to get a teaching contract for years. I kept on subbing and hoping that I would be able to get a contract to clear my credentials (I had acquired a second credential for Business). Then the situation at SDUSD occurred at Bell Middle School when the district was forced to offer me a Prob. 2 contract after my principal, Michael Dodson refused to give me a leave replacement contract and tried to deny me what was already lawfully mine. That was despite the Attrition-Based Model in place that was being implemented by the district.

I knew that the contract was a farce and knew from the get-go that I was going to be non-reelected by Dodson. You know the rest of that story I believe.

I tell you all these because I have SUFFERED A LOT in teaching and I will NOT give up because I know I have a lot to offer. My first degree was a B.Sc in Education and Economics from the best university in Nigeria, i.e, the University of Ife (now Obafemi Awolowo University) and I got that degree in 1987. Put that into perspective and you will come to a realization that I should be at least a school principal by now with a doctorate degree if I had not suffered so much setbacks due to racism towards black male teachers.

I am also writing this email to ask you to get me IN at SUHSD despite all the things I have narrated, even if it is a 0.6 contract. I am living from payday loan to payday loan on what I am presently making as a substitute teacher and just need a break to get my teaching career and further education in the field, back on track.

In a nutshell, this is my reason for wanting to meet with you.

Sincerely,

Cornelius Ogunsalu
[Quoted text hidden]

**Yessica Meza** <Yessica.Meza@sweetwaterschools.org>                          Tue, Dec 8, 2015 at 10:36 AM
To: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>

Ok, let me know if I can be of further assistance.


Thank you.

-----Original Message-----
From: Cornelius Ogunsalu [mailto:ogunsalucorneliusoluseyi@gmail.com]
[Quoted text hidden]

# EXHIBIT NO. 4

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 24

Gmail                                        Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>

## Re: Statement of Cornelius Ogunsalu PLUS Response to Unprofessional and False Evaluation

4 messages

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>          Mon, Apr 27, 2015 at 9:55 PM
To: alain.garnica-medoza@sweetwaterschools.org, Alain.Garnica-Mendoza@sweetwaterschools.org
Cc: MaryRose.Peralta@sweetwaterschools.org, Hilda.Bender@sweetwaterschools.org,
DiAnne.Cabe@sweetwaterschools.org, Nancy.Leigh@sweetwaterschools.org

Dear Mr. Garnica-Mendoza,

I am writing this email to inform you that IMMEDIATELY I left your
office, that I went to the HR Office and briefly met with the HR
Director Mary Wager. In your misguided belief that you can write a
FALSE and SUBJECTIVE evaluation, I know that you have escalated this
matter beyond what you will be able to personally deal with.

Yu so-called "randomly" picked student were NOT randomly picked and
were obviously coached. The AP who allegedly sent an uncertificated
"campus assistant" to EVALUATE a HIGHLY QUALIFIED and CREDENTIALED
substitute teacher violated California Education Code.

In addition, your xenophobia towards me was seeping through your skin
uncontrollably today and AGAIN, I reiterate that IF I was a Hispanic
or White teacher, you would have NEVER tried what you did in this
matter.

I know my rights and I know the law. I have taken cases all the way to
the U.S, Supreme Court and well versed in administrative and court
procedures. As an AP with SUHSD, I suggest you be cautious in
situations like this especially IF it can open the district to legal
liabilities when SUHSD administrators act towards African American
staff (certificated and uncertificated) in the manner in which you
have.

It is NOT my intention to take this beyond a reprimand to the campus
assistant and NOW an apology from you and a recession of your BOGUS
evaluation.

Kindly get back to me as soon as possible on HOW you want to backtrack
and withdraw your evaluation and quash this IMMEDIATELY!

Sincerely,
Cornelius Oluseyi Ogunsalu, MBA, MA

On 4/17/15, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
> Mr. Garnica-Mendoza,
>
> Per our conversation today after school, I am writing this account of
> what happened in my class (Rm. 1810) while subbing for Ms. Jennifer
> Fuller.
>
> At the beginning of the 4th period, Ashlie De La Pena was being
> disrespectful, disobedient and defiant after which I asked her to go
> and stand outside the classroom. This was in order for me to settle
> the class down and give them the instructions for the period before I
> went to talk to her outside. I subsequently asked another male student
> to stand outside and as I went outside to talk to both of them, I

> noticed that Ashlie was not where she was supposed to be. I talked to
> the male student and told him to go inside and settle down and get
> started with the class assignments.
>
> I came back in to do the attendance after which I got up to give the
> students additional directives when one of the campus security walked
> in with Ashlie, interrupted me and said he was escorting her back from
> the AP's office. I told Ashlie to go back outside and wait for me. The
> campus security (Joey I believe is his name) told her to stay and then
> told me to give her the class assignments and that he was taking her
> back to the office. I told him that she was staying and that I wanted
> her to wait outside like I had initially instructed her before she
> walked away. Joey told Ashlie to pack her things in the presence of
> the whole class and insisted that she was leaving with him.
>
> It was at this point that I had to ask "who are you?" He said he was
> the campus security and that was when I told him to step outside so I
> could have a word with him as he had already started to disrupt my
> class with his aberrant behavior. He ignored me but I waited outside
> for him to walk out of the classroom and said to him "do you realize
> that there is a pecking order around here and you cannot come into my
> class and behave the way you were behaving" ... he raised his hand and
> blew me off and said "you are JUST a substitute."
>
> He then left with Ashlie against my directives mouthing off to me that
> I will be hearing from the office before the day was over. (A threat?
> I wondered)
>
> Shortly after, a second campus security (Jose, I was later informed is
> his name) walked in and rudely dumped a stack of report cards at the
> desk by the entrance and rudely told me to make sure I distributed
> them to the students and strolled out. I then walked outside to call
> him back and saw that he and Joey were together and had exited the
> 1800 building. Standing in outside Rm. 1810 I called out to Jose but
> he blew me off saying he had to distribute other things and had no
> time to come back and talk to me. He and Joey both said I will be
> hearing from the office. (Another set of threats?)
>
> My concerns are multi-faceted but I will address the most pressing ones
> here.
> 1. Joey had no right to give any directives to any student in my class
> in the manner he did today, especially when after I had indicated that
> I wanted the student to wait for me outside to come and talk with her.
> His actions before the class negating everything I said to Ashlie and
> telling her to leave the classroom against my clear directives were
> out of line. Come to think about it, IF Ashlie had been in the AP's
> office as was being stated and was told to return to class, she did
> not bring back any pass indicating she had been to the AP's office.
>
> 2. The statement "you are JUST a substitute" speaks VOLUMES at the
> disdain and disrespect this individual, Joey has for substitute
> teachers ... which made me wonder IF he would have made such a
> statement to a Hispanic or Caucasian substitute teacher.
>
> 3. The fact that Joey first threatened me that I will be hearing from
> someone from the office and later repeated it with Jose is also
> troubling. Being very aware of what all these was leading to I had
> decided to meet with the principal at the end of the day but was
> informed that an AP wanted to see me.
>
> I did meet with you and you took some notes and asked me to write one
> and email it to you after I had informed you that I had to leave.
>
> Cornelius Ogunsalu
>

**postmaster@suhsd.net** <postmaster@suhsd.net>                    Mon, Apr 27, 2015 at 9:55 PM
To: ogunsalucorneliusoluseyi@gmail.com

## Delivery has failed to these recipients or groups:

alain.garnica-medoza@sweetwaterschools.org
The e-mail address you entered couldn't be found. Please check the recipient's e-mail address and try to resend the message. If the problem continues, please contact your helpdesk.

### Diagnostic information for administrators:

Generating server: SUHSD.NET

alain.garnica-medoza@sweetwaterschools.org
#550 5.1.1 RESOLVER.ADR.RecipNotFound; not found ##rfc822;alain.garnica-medoza@sweetwaterschools.org

Original message headers:

```
Received: from starlord.sweetwaterschools.org (10.2.1.124) by
 GLADIATOR02.SUHSD.NET (172.16.1.90) with Microsoft SMTP Server id 14.2.247.3;
 Mon, 27 Apr 2015 21:55:17 -0700
Received: from starlord.sweetwaterschools.org (localhost [127.0.0.1])      by
 starlord.sweetwaterschools.org (Postfix) with ESMTP id 11AB35D4F; Mon, 27 Apr
 2015 21:55:40 -0700 (PDT)
X-Quarantine-ID: <BK5vlw4b_yYk>
X-Virus-Scanned: amavisd-new at lscom.net
X-Spam-Flag: NO
X-Spam-Score: 0.802
X-Spam-Level:
X-Spam-Status: No, score=0.802 tagged_above=-9000 required=4.5
        tests=[BAYES_50=0.8, FREEMAIL_FROM=0.001, RELAY_US=0.001]
        autolearn=ham
Received: from starlord.sweetwaterschools.org ([127.0.0.1])        by
 starlord.sweetwaterschools.org (starlord.sweetwaterschools.org [127.0.0.1])
 (amavisd-new, port 10024)       with ESMTP id BK5vlw4b_yYk; Mon, 27 Apr 2015
 21:55:33 -0700 (PDT)
Received: from mail-oi0-f44.google.com (mail-oi0-f44.google.com
 [209.85.218.44])        by starlord.sweetwaterschools.org (Postfix) with ESMTP id
 CB8365DE6;      Mon, 27 Apr 2015 21:55:32 -0700 (PDT)
Received: by oiko83 with SMTP id o83so107422910oik.1;        Mon, 27 Apr 2015
 21:55:32 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20120113;
        h=mime-version:date:message-id:subject:from:to:cc:content-type;
        bh=Y7h+d4Ml8CC10XAjw2yEjhOYynOfJ0hKWogmjcd7iP8=;
        b=YGMLvunNJWxADAcnIM4jsXrw4pob29cMetP5BU39lbgK6E/6eDEhkbzCYZIECOuKzh
         yBXzmdEF9k5ZVg4N/X3G4/MCZeZG7IuOarabkJCqhEmUYRDwhfgCrRNPsTexya1jyjyW
         p7sFVJ4oNjNaXW0Ua/D/Wh166xp/rRsWUMObht9twniM4MlziTdqF/eGDJ99gur6q1dL
         xBY/aBWo+cVRTI770hv08hb5EZLtyX8Qg6C81L/g+DndeqHB5PR7msVCnce8vLB3Pxju
         RC19OW60QOWCJ8OPMe0BGLOilz/m2CnOcvODUKIyieyFGvi/O78yfUDuOmfry5rhBO69
         Eorw==
MIME-Version: 1.0
X-Received: by 10.182.134.169 with SMTP id pl9mr12964238obb.32.1430196932335;
 Mon, 27 Apr 2015 21:55:32 -0700 (PDT)
Received: by 10.202.210.74 with HTTP; Mon, 27 Apr 2015 21:55:32 -0700 (PDT)
Date: Mon, 27 Apr 2015 21:55:32 -0700
Message-ID: <CAHKGHqSTfq2HKvp1s2ediM7+NWt0WrRA53S_jTk_JWWSOZ3p3Q@mail.gmail.com>
Subject: Re: Statement of Cornelius Ogunsalu PLUS Response to Unprofessional
```

and False Evaluation

From: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>
To: <alain.garnica-medoza@sweetwaterschools.org>,
        <Alain.Garnica-Mendoza@sweetwaterschools.org>
CC: <MaryRose.Peralta@sweetwaterschools.org>,
        <Hilda.Bender@sweetwaterschools.org>, <DiAnne.Cabe@sweetwaterschools.org>,
        <Nancy.Leigh@sweetwaterschools.org>
Content-Type: text/plain; charset="UTF-8"
Return-Path: ogunsalucorneliusoluseyi@gmail.com


Original-Recipient: rfc822;alain.garnica-medoza@sweetwaterschools.org
Final-Recipient: rfc822;alain.garnica-medoza@sweetwaterschools.org
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp;550 5.1.1 RESOLVER.ADR.RecipNotFound; not found


---------- Forwarded message ----------
From: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>
To: <alain.garnica-medoza@sweetwaterschools.org>, <Alain.Garnica-Mendoza@sweetwaterschools.org>
Cc: <MaryRose.Peralta@sweetwaterschools.org>, <Hilda.Bender@sweetwaterschools.org>,
<DiAnne.Cabe@sweetwaterschools.org>, <Nancy.Leigh@sweetwaterschools.org>
Bcc:
Date: Mon, 27 Apr 2015 21:55:32 -0700
Subject: Re: Statement of Cornelius Ogunsalu PLUS Response to Unprofessional and False Evaluation
Dear Mr. Garnica-Mendoza,

I am writing this email to inform you that IMMEDIATELY I left your
office, that I went to the HR Office and briefly met with the HR
Director Mary Wager. In your misguided belief that you can write a
FALSE and SUBJECTIVE evaluation, I know that you have escalated this
matter beyond what you will be able to personally deal with.

Yu so-called "randomly" picked student were NOT randomly picked and
were obviously coached. The AP who allegedly sent an uncertificated
"campus assistant" to EVALUATE a HIGHLY QUALIFIED and CREDENTIALED
substitute teacher violated California Education Code.

In addition, your xenophobia towards me was seeping through your skin
uncontrollably today and AGAIN, I reiterate that IF I was a Hispanic
or White teacher, you would have NEVER tried what you did in this
matter.

I know my rights and I know the law. I have taken cases all the way to
the U.S, Supreme Court and well versed in administrative and court
procedures. As an AP with SUHSD, I suggest you be cautious in
situations like this especially IF it can open the district to legal
liabilities when SUHSD administrators act towards African American
staff (certificated and uncertificated) in the manner in which you
have.

It is NOT my intention to take this beyond a reprimand to the campus
assistant and NOW an apology from you and a recession of your BOGUS
evaluation.

Kindly get back to me as soon as possible on HOW you want to backtrack
and withdraw your evaluation and quash this IMMEDIATELY!

Sincerely,
Cornelius Oluseyi Ogunsalu, MBA, MA

On 4/17/15, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
> Mr. Garnica-Mendoza,

> 

> Per our conversation today after school, I am writing this account of
> what happened in my class (Rm. 1810) while subbing for Ms. Jennifer
> Fuller.
> 
> At the beginning of the 4th period, Ashlie De La Pena was being
> disrespectful, disobedient and defiant after which I asked her to go
> and stand outside the classroom. This was in order for me to settle
> the class down and give them the instructions for the period before I
> went to talk to her outside. I subsequently asked another male student
> to stand outside and as I went outside to talk to both of them, I
> noticed that Ashlie was not where she was supposed to be. I talked to
> the male student and told him to go inside and settle down and get
> started with the class assignments.
> 
> I came back in to do the attendance after which I got up to give the
> students additional directives when one of the campus security walked
> in with Ashlie, interrupted me and said he was escorting her back from
> the AP's office. I told Ashlie to go back outside and wait for me. The
> campus security (Joey I believe is his name) told her to stay and then
> told me to give her the class assignments and that he was taking her
> back to the office. I told him that she was staying and that I wanted
> her to wait outside like I had initially instructed her before she
> walked away. Joey told Ashlie to pack her things in the presence of
> the whole class and insisted that she was leaving with him.
> 
> It was at this point that I had to ask "who are you?" He said he was
> the campus security and that was when I told him to step outside so I
> could have a word with him as he had already started to disrupt my
> class with his aberrant behavior. He ignored me but I waited outside
> for him to walk out of the classroom and said to him "do you realize
> that there is a pecking order around here and you cannot come into my
> class and behave the way you were behaving" ... he raised his hand and
> blew me off and said "you are JUST a substitute."
> 
> He then left with Ashlie against my directives mouthing off to me that
> I will be hearing from the office before the day was over. (A threat?
> I wondered)
> 
> Shortly after, a second campus security (Jose, I was later informed is
> his name) walked in and rudely dumped a stack of report cards at the
> desk by the entrance and rudely told me to make sure I distributed
> them to the students and strolled out. I then walked outside to call
> him back and saw that he and Joey were together and had exited the
> 1800 building. Standing in outside Rm. 1810 I called out to Jose but
> he blew me off saying he had to distribute other things and had no
> time to come back and talk to me. He and Joey both said I will be
> hearing from the office. (Another set of threats?)
> 
> My concerns are multi-faceted but I will address the most pressing ones
> here.
> 1. Joey had no right to give any directives to any student in my class
> in the manner he did today, especially when after I had indicated that
> I wanted the student to wait for me outside to come and talk with her.
> His actions before the class negating everything I said to Ashlie and
> telling her to leave the classroom against my clear directives were
> out of line. Come to think about it, IF Ashlie had been in the AP's
> office as was being stated and was told to return to class, she did
> not bring back any pass indicating she had been to the AP's office.
> 
> 2. The statement "you are JUST a substitute" speaks VOLUMES at the
> disdain and disrespect this individual, Joey has for substitute
> teachers ... which made me wonder IF he would have made such a
> statement to a Hispanic or Caucasian substitute teacher.
>

> 3. The fact that Joey first threatened me that I will be hearing from
> someone from the office and later repeated it with Jose is also
> troubling. Being very aware of what all these was leading to I had
> decided to meet with the principal at the end of the day but was
> informed that an AP wanted to see me.
>
> I did meet with you and you took some notes and asked me to write one
> and email it to you after I had informed you that I had to leave.
>
> Cornelius Ogunsalu
>

---

**Alain Garnica-Mendoza** <Alain.Garnica-Mendoza@sweetwaterschools.org>        Tue, Apr 28, 2015 at 12:23 PM
To: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>

Thank you, I acknowledge receiving your email and will provide a response.


Alain E. Garnica-Mendoza
Assistant Principal – Chula Vista High School
619-476-3300




-----Original Message-----
From: Cornelius Ogunsalu [mailto:ogunsalucorneliusoluseyi@gmail.com]
Sent: Monday, April 27, 2015 9:56 PM
To: alain.garnica-medoza@sweetwaterschools.org; Alain Garnica-Mendoza
Cc: MaryRose Peralta; Hilda Bender; Dianne Cabe; Nancy Leigh
Subject: Re: Statement of Cornelius Ogunsalu PLUS Response to Unprofessional and False Evaluation

[Quoted text hidden]

---

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>        Tue, Jul 18, 2017 at 5:41 PM
To: ogunsalucorneliusoluseyi <ogunsalucorneliusoluseyi@gmail.com>

---------- Forwarded message ----------
From: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>
Date: Mon, 27 Apr 2015 21:55:32 -0700
Subject: Re: Statement of Cornelius Ogunsalu PLUS Response to
Unprofessional and False Evaluation
[Quoted text hidden]

# EXHIBIT NO. 5

COMPLAINT and JURY TRIAL DEMAND (28 U.S.C §1983/TITLE VII CIVIL RIGHTS) - 25

Gmail    **Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>**

## Just FYI Cornelius Ogunsalu

2 messages

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>    Wed, Jan 27, 2016 at 6:47 PM
To: ricardo.cooke@sweetwaterschools.org, Carlotta.Love@sweetwaterschools.org, Juan.NeriaJr@sweetwaterschools.org

Dear all,

Just before Christmas break, I shared in an email to Dr. Joe Fulcher, Assistant Superintendent of. Equity, Culture, and Support Services, detailing my first extremely damaging experiences with racial discrimination at SUHSD, that has continued to impact my life today. It happened when I was doing my student teaching at Chula Vista Middle School.

Mr. Cooke and Mr. Neria, I told you yesterday that I should have been an administrator long ago. I was not kidding! When both of you got upset yesterday because I made a statement that you administrators were blowing what happened yesterday out of proportion, I [decided] to back down because I did not want to get on a trajectory I have avoided getting on at SUHSD, i.e., dealing with this issue of racial discrimination at SUHSD, administratively and legally both at the state and federal levels.

Mr. Cooke, you remember my first experience with racial discrimination at San Ysidro High School, when a dance teacher locked me out of the office I was supposed to sit inside and have access to, while he took his dance students on a field trip. His reason? He had had a bad experience in the past with a black person . . . and this was because he felt that I was going to steal the things he was selling to students that were in his office. I spoke up to him that day that I had a right to a teacher's desk and the computer to take roll at the minimum, and left him a note as to his abhorrent behavior towards me. Mr. Cooke, you contacted me back then but I never heard back from you about what you did to resolve that problem.

Yesterday, I did NOTHING wrong and went about doing what I was supposed to do. I tried to tell you repeatedly that the three students were not being truthful but you insisted that you believed the [multiple] students over me. I felt EXTREMELY insulted and chose to back down because, like I said, you both should invest more time in really addressing the root causes of why SUHSD is dealing with lack of African American educators and administrators in your school. Xenophobia is the root cause and when two Hispanic administrators gang up on me like you did yesterday and a third administrator had also expressed that she felt I disrespected her . . . I could not help feeling sad and yet again disappointed about what I experienced at the end of what I had considered a [good day] for me at SYHS.

I spoke up yesterday as you and Mr. Neria observed, and I will speak up again if we have to go before the Superintendent, Dr. Karen Janney.

I informed you that I am presently involved with PERB proceedings with SDUSD but left out the fact that I have a federal civil rights lawsuit pending against SDUSD in which I have sued administrators, trustees and the superintendent of schools at SDUSD.

I did tell you that you should start actively finding more ways to deal with the obvious problems of xenophobia and discrimination that

African American educators are dealing with and experiencing at SUHSD, and start exposing students to more prominent (and not so prominent) African Americans in the community, for them to start experiencing, understanding, respecting and benefitting from interacting with [more] African American educators.

Yesterday morning, the other African American educator subbing at SYHS, Ms. Gwendolyn King, was lamenting the same things about how she gets disrespected a lot in some schools, that she just decides not to take any further assignments at those schools. I met her for the first time yesterday when she was talking with other substitute teachers waiting to go to their assignments like I was.

Like I reiterated yesterday, SYHS is one of the school sites that I really enjoy coming to for substitute teaching assignments. My number one task at every assignment is to maintain classroom discipline and I set out [clearly,] those rules with all students at the beginning of [every] period. Why some students will go out of their way to be defiant and disrespectful, has never been a puzzle to me because I have worked with diverse student populations including JCCS student populations, some of whom are in lock-up facilities in San Diego County. I engage such students in dialogue when possible to make them see that they are being defiant and disrespectful. I will not apologize for being a stickler for student behaving properly in class and not being disrespectful to their teachers and adults generally.

I hope that you read this email with a very open and understanding mind and not rush into anger or become upset, as you both did yesterday, when I said that you might be blowing what happened out of proportion. It appears as if you expect me to be a clone of some imaginary ideal you have conjured up . . . when that is [not] reality. This how the Creator created me.

I sent you a video clip of the outrage that the very popular Republican presidential candidate caused in the British Parliament and if you listened carefully, heard the various names those parliamentarians addressed Donald Trump's xenophobia, homophobia and religiophobia (specifically Islamophobia). Those are some of the [realities] of the [real world] out there that our students should be exposed to in order to be successful in life overall, especially when they go off to college shortly.

I was at Sweetwater High School today and watched the movie "The Pianist" with the students and observed as students sat in [rapt] attention at the horror they were seeing unfold in the movie. I brought up Donald Trump in class and asked the students what they have heard in the news about him lately . . . they did not disappoint me . . . they knew . . . and I hope the movie helped widen their horizon as to how intolerance for other peoples may result in unexpected consequences like the Holocaust.

We live in hard times and my struggles with racial discrimination and numerous constitutional and civil rights violations I have suffered and endured for decades in America, make me very aware of many things happening to me in real time. I pray that you will take this email for what it is . . . me sharing the [truth] with you.

Thank you all!

Sincerely,
Cornelius Oluseyi Ogunsalu, BSc, BSBM, MBA, MA, (Single Subject Credentials in Social Sciences and Business) and aspiring JD and PhD candidate.

On 1/26/16, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
> Dear Ms. Love,
>
> You had already left yesterday when I wanted to apologize to you for
> the impression you had today when I was trying to talk to a student
> for sitting at the teacher's desk staring at the computer when I
> stepped out briefly. The student was not even in that period and he
> got up gruffly and abruptly and exited the classroom as I was asking
> him what he was doing at the teacher's desk and computer.
>
> You were apparently outside when I came outside to call him back . . .
> I did not even realize who you were when you asked if everything was
> okay . . . and I responded "yes." I was later told by Mr. Cooke that
> you were offended by my response. I sincerely apologize for that and
> want you to know that I was just focused on immediately addressing the
> student's behavior and getting back into the class to get the lesson
> started.
> Sincerely,
> Cornelius Ogunsalu
>
>
> Dear Mr. Cooke and Mr. Neria,
>
> Here is the video I promised to send in which the British Parliament
> debated on Trump. Funny but listen to the expressions of the
> parliamentarians. Harmless and direct. Trump expresses himself
> outrageously in very offensive and threatening ways to Blacks,
> Hispanics, Muslims and any group he wishes to attack. Mindboggling
> that he may end up being the next president of the U.S.
>
> I told the student today to "calm down" and also asked "are you the
> smartest kid in the class?" The first expression was said because he
> was challenging me in class essentially; and the question was asked
> because he had finished his work ahead of the rest of the class. That
> made me wonder why he was asking Ms. Gomez to work with partners.
>
> The expression and question discussed in your office today, were not
> said by me in any demeaning way. I hope the other students in the
> class will confirm that.
>
> Regarding the next assignment at SYHS, it is on February 4, which is
> next Thursday. I will be happy to find out the outcome of your
> inquiries with the other students.
> Sincerely,
> Cornelius Ogunsalu
>

---

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                Sat, Jun 24, 2017 at 6:26 AM
To: ogunsalucorneliusoluseyi <ogunsalucorneliusoluseyi@gmail.com>

[Quoted text hidden]

Gmail

# Re: Building a Case Against Me

2 messages

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                    Fri, Feb 5, 2016 at 2:35 AM
To: ricardo.cooke@sweetwaterschools.org, Juan.NeriaJr@sweetwaterschools.org

Mr. Cooke and Mr. Neria,

I did NOT ask you both to build a case against me . . . but you did.
All I asked was for you to verbally ask a couple of students who will
[honestly] apprise you of what really happened. The only problem is
that, you overdid it. What you went out to influence students to do,
is pure [overkill] and may come back to haunt you both one day. Just
because you wanted to [prove] that [multiple] students said . . . ?
Now what?

You only strengthened my position of both of you deliberately trying
to escalate and actually escalating a routine classroom discipline
situation into something it never was in the first place, including
numerous contrived and false accusations being written by students
influenced by both of you. It is unconscionable and a travesty.

I respect the principal's position of not making this a disciplinary
issue against me. However, I do take umbrage to some of the things
said towards me and especially the deliberate twisting around of
idioms I have used to help clarify my position. Obviously, it is a
cultural issue that you refuse to acknowledge and appreciate.

Embracing diversity involves understanding other people's culture. I
for one often go to Tijuana and have a doctor and dentist that treat
me there. I buy my pharmaceuticals there. I often joke that if I want
to feel like I was back home in Nigeria, I cross the San Ysidro border
and I am home! That is how I have embraced Mexican/Hispanic culture.

Of all the schools in SUHSD, SYHS is the one that stands out the most
that I actually like but it is the one where I am dealing with the
most unbelievable assault to my person by staff.

It will not stop me from taking assignments at SYHS because I believe
we can all learn from each other and ultimately put all these behind
us, as the principal has indicated this should end.

Cornelius Ogunsalu


On 1/27/16, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
> Dear all,
>
> Just before Christmas break, I shared in an email to Dr. Joe Fulcher,
> Assistant Superintendent of. Equity, Culture, and Support Services,
> detailing my first extremely damaging experiences with racial
> discrimination at SUHSD, that has continued to impact my life today.
> It happened when I was doing my student teaching at Chula Vista Middle
> School.
>
> Mr. Cooke and Mr. Neria, I told you yesterday that I should have been
> an administrator long ago. I was not kidding! When both of you got
> upset yesterday because I made a statement that you administrators

> were blowing what happened yesterday out of proportion, I [decided] to
> back down because I did not want to get on a trajectory I have avoided
> getting on at SUHSD, i.e., dealing with this issue of racial
> discrimination at SUHSD, administratively and legally both at the
> state and federal levels.
>
> Mr. Cooke, you remember my first experience with racial discrimination
> at San Ysidro High School, when a dance teacher locked me out of the
> office I was supposed to sit inside and have access to, while he took
> his dance students on a field trip. His reason? He had had a bad
> experience in the past with a black person . . . and this was because
> he felt that I was going to steal the things he was selling to
> students that were in his office. I spoke up to him that day that I
> had a right to a teacher's desk and the computer to take roll at the
> minimum, and left him a note as to his abhorrent behavior towards me.
> Mr. Cooke, you contacted me back then but I never heard back from you
> about what you did to resolve that problem.
>
> Yesterday, I did NOTHING wrong and went about doing what I was
> supposed to do. I tried to tell you repeatedly that the three students
> were not being truthful but you insisted that you believed the
> [multiple] students over me. I felt EXTREMELY insulted and chose to
> back down because, like I said, you both should invest more time in
> really addressing the root causes of why SUHSD is dealing with lack of
> African American educators and administrators in your school.
> Xenophobia is the root cause and when two Hispanic administrators gang
> up on me like you did yesterday and a third administrator had also
> expressed that she felt I disrespected her . . . I could not help
> feeling sad and yet again disappointed about what I experienced at the
> end of what I had considered a [good day] for me at SYHS.
>
> I spoke up yesterday as you and Mr. Neria observed, and I will speak
> up again if we have to go before the Superintendent, Dr. Karen Janney.
>
> I informed you that I am presently involved with PERB proceedings with
> SDUSD but left out the fact that I have a federal civil rights lawsuit
> pending against SDUSD in which I have sued administrators, trustees
> and the superintendent of schools at SDUSD.
>
> I did tell you that you should start actively finding more ways to
> deal with the obvious problems of xenophobia and discrimination that
> African American educators are dealing with and experiencing at SUHSD,
> and start exposing students to more prominent (and not so prominent)
> African Americans in the community, for them to start experiencing,
> understanding, respecting and benefitting from interacting with [more]
> African American educators.
>
> Yesterday morning, the other African American educator subbing at
> SYHS, Ms. Gwendolyn King, was lamenting the same things about how she
> gets disrespected a lot in some schools, that she just decides not to
> take any further assignments at those schools. I met her for the first
> time yesterday when she was talking with other substitute teachers
> waiting to go to their assignments like I was.
>
> Like I reiterated yesterday, SYHS is one of the school sites that I
> really enjoy coming to for substitute teaching assignments. My number
> one task at every assignment is to maintain classroom discipline and I
> set out [clearly,] those rules with all students at the beginning of
> [every] period. Why some students will go out of their way to be
> defiant and disrespectful, has never been a puzzle to me because I
> have worked with diverse student populations including JCCS student
> populations, some of whom are in lock-up facilities in San Diego
> County. I engage such students in dialogue when possible to make them
> see that they are being defiant and disrespectful. I will not
> apologize for being a stickler for student behaving properly in class

> and not being disrespectful to their teachers and adults generally.
>
> I hope that you read this email with a very open and understanding
> mind and not rush into anger or become upset, as you both did
> yesterday, when I said that you might be blowing what happened out of
> proportion. It appears as if you expect me to be a clone of some
> imaginary ideal you have conjured up . . . when that is [not] reality.
> This how the Creator created me.
>
> I sent you a video clip of the outrage that the very popular
> Republican presidential candidate caused in the British Parliament and
> if you listened carefully, heard the various names those
> parliamentarians addressed Donald Trump's xenophobia, homophobia and
> religiophobia (specifically Islamophobia). Those are some of the
> [realities] of the [real world] out there that our students should be
> exposed to in order to be successful in life overall, especially when
> they go off to college shortly.
>
> I was at Sweetwater High School today and watched the movie "The
> Pianist" with the students and observed as students sat in [rapt]
> attention at the horror they were seeing unfold in the movie. I
> brought up Donald Trump in class and asked the students what they have
> heard in the news about him lately . . . they did not disappoint me .
> . . they knew . . . and I hope the movie helped widen their horizon as
> to how intolerance for other peoples may result in unexpected
> consequences like the Holocaust.
>
> We live in hard times and my struggles with racial discrimination and
> numerous constitutional and civil rights violations I have suffered
> and endured for decades in America, make me very aware of many things
> happening to me in real time. I pray that you will take this email for
> what it is . . . me sharing the [truth] with you.
>
> Thank you all!
>
> Sincerely,
> Cornelius Oluseyi Ogunsalu, BSc, BSBM, MBA, MA, (Single Subject
> Credentials in Social Sciences and Business) and aspiring JD and PhD
> candidate.
>
>
>
> On 1/26/16, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
>> Dear Ms. Love,
>>
>> You had already left yesterday when I wanted to apologize to you for
>> the impression you had today when I was trying to talk to a student
>> for sitting at the teacher's desk staring at the computer when I
>> stepped out briefly. The student was not even in that period and he
>> got up gruffly and abruptly and exited the classroom as I was asking
>> him what he was doing at the teacher's desk and computer.
>>
>> You were apparently outside when I came outside to call him back . . .
>> I did not even realize who you were when you asked if everything was
>> okay . . . and I responded "yes." I was later told by Mr. Cooke that
>> you were offended by my response. I sincerely apologize for that and
>> want you to know that I was just focused on immediately addressing the
>> student's behavior and getting back into the class to get the lesson
>> started.
>> Sincerely,
>> Cornelius Ogunsalu
>>
>>
>> Dear Mr. Cooke and Mr. Neria,
>>

>> Here is the video I promised to send in which the British Parliament
>> debated on Trump. Funny but listen to the expressions of the
>> parliamentarians. Harmless and direct. Trump expresses himself
>> outrageously in very offensive and threatening ways to Blacks,
>> Hispanics, Muslims and any group he wishes to attack. Mindboggling
>> that he may end up being the next president of the U.S.
>>
>> I told the student today to "calm down" and also asked "are you the
>> smartest kid in the class?" The first expression was said because he
>> was challenging me in class essentially; and the question was asked
>> because he had finished his work ahead of the rest of the class. That
>> made me wonder why he was asking Ms. Gomez to work with partners.
>>
>> The expression and question discussed in your office today, were not
>> said by me in any demeaning way. I hope the other students in the
>> class will confirm that.
>>
>> Regarding the next assignment at SYHS, it is on February 4, which is
>> next Thursday. I will be happy to find out the outcome of your
>> inquiries with the other students.
>> Sincerely,
>> Cornelius Ogunsalu
>>
>

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>          Sat, Jun 24, 2017 at 6:27 AM
To: ogunsalucorneliusoluseyi <ogunsalucorneliusoluseyi@gmail.com>

[Quoted text hidden]

# EXHIBIT NO. 6

 Gmail

**Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>**

---

## REQUEST FOR ENTIRE PERSONNEL RECORDS
10 messages

---

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                Sat, Dec 10, 2016 at 9:12 AM
To: Arlene Garcia <Arlene.Garcia@sweetwaterschools.org>

Ms. Garcia,

Based on the information you provided me on 12/9/16, I am hereby
requesting my entire personnel records file. I have no idea what
information is contained in my employee records with the district and
will like to review it before I meet with the HR Manager.

Sincerely,
Cornelius Ogunsalu

On 12/9/16, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
> Good morning Ms. Garcia,
>
> I am doing a follow-up on my sub teacher application and wanted to
> find out when I should come in to complete the rest of the process.
>
> Sincerely,
> Cornelius Ogunsalu
>
> On 12/1/16, Arlene Garcia <Arlene.Garcia@sweetwaterschools.org> wrote:
>> Thank you!
>>
>> Arlene Garcia
>> Human Resource Tech/Sub Desk
>> (619) 585 - 6008
>>
>>
>>
>> -----Original Message-----
>> From: Cornelius Ogunsalu [mailto:ogunsalucorneliusoluseyi@gmail.com]
>> Sent: Wednesday, November 30, 2016 11:17 PM
>> To: Arlene Garcia
>> Subject: Cornelius Ogunsalu - Mandated Reporter Completion Certificate
>>
>> Hi Arlene,
>>
>> Here is the certificate as promised. I have also completed the drug tests
>> and medical exams at the clinic.
>>
>> Sincerely,
>> Cornelius Ogunsalu
>>
>

---

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                Thu, Dec 15, 2016 at 8:59 AM
To: Arlene Garcia <Arlene.Garcia@sweetwaterschools.org>

Ms. Garcia,

I made a formal request for the [entire] records that SUHSD has under my name.

Sincerely,
Cornelius Ogunsalu
[Quoted text hidden]

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>    Mon, Dec 19, 2016 at 4:27 AM
To: Milena.Aubry@sweetwaterschools.org, Amy.Hunt@sweetwaterschools.org
Cc: Arlene Garcia <Arlene.Garcia@sweetwaterschools.org>

Dear Dr. Aubry and Ms. Hunt,

I recently reapplied to be a substitute teacher at SUHSD only to be
rejected allegedly for information in my personnel file relating to
some site administrators "banning" me from their school sites.

I have no idea what is in my personnel file and have requested a copy
of my complete personnel records to have an idea of the very racially
discriminatory animus of the site administrators in question.

I believe I have a very good idea who these administrators are and I
will not allow their racist attitudes towards African American
educators bar me from employment with SUHSD. I have suffered several
incidences of [blatant] racial discrimination at SUHSD in the past.

Most importantly, I will like to address whatever the contents (of my
personnel records) are with the directors of HR [before] I take any
action.

I am African American of Nigerian origin and I believe that my recent
rejection as a substitute teacher has been due to discrimination
visited upon me by racist administrators because of my color (black)
and national origin (Nigerian).

"Sweetwater Union High School District programs and activities shall
be free from discrimination based on age, gender, gender identity or
expression, or genetic information, sex, race, color, religion,
ancestry, national origin, ethnic group identification, marital or
parental status, physical or mental disability, sexual orientation;
the perception of one or more of such characteristics; or association
with a person or group with one or more of these actual or perceived
characteristics."

Kindly indicate when I will be receiving my personnel records and also
a time I can meet with you to discuss my recent completed application
for a substitute teaching position

Sincerely,

Cornelius Oluseyi Ogunsalu, MBA, MA

On 12/10/16, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
[Quoted text hidden]

---

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>    Mon, Dec 19, 2016 at 4:56 AM
To: Milena.Aubry@sweetwaterschools.org, Amy.Hunt@sweetwaterschools.org, Joe.fulcherjr@sweetwaterschools.org
Cc: Arlene Garcia <Arlene.Garcia@sweetwaterschools.org>

Dear Dr. Aubry and Ms. Hunt,

I am forwarding these communications to Dr. Joe Fulcher.

Sincerely
Cornelius Oluseyi Ogunsalu, MBA, MA

[Quoted text hidden]

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                    Mon, Dec 19, 2016 at 6:29 AM
To: Milena.Aubry@sweetwaterschools.org, Amy.Hunt@sweetwaterschools.org, Thomas.Glover@sweetwaterschools.org,
Imelda.Genovese@sweetwaterschools.org
Cc: Arlene Garcia <Arlene.Garcia@sweetwaterschools.org>

Dear Dr. Aubry and Ms. Hunt,

I am also forwarding these communications to Dr. Glover and the
Superintendent's Office.

Sincerely,
Cornelius Ogunsalu

On 12/19/16, Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com> wrote:
[Quoted text hidden]

**Cornelius Ogunsalu** <ogunsalucorneliusoluseyi@gmail.com>                    Mon, Jan 9, 2017 at 7:46 PM
To: Milena.Aubry@sweetwaterschools.org, Amy.Hunt@sweetwaterschools.org, Joe.fulcherjr@sweetwaterschools.org
Cc: Arlene Garcia <Arlene.Garcia@sweetwaterschools.org>

Dear Ms. Aubry, Ms. Hunt and Mr Fulcher,

Happy New Year to you all!

This email is a follow-up on my request for my entire personnel
records at SUHSD. I will appreciate an acknowledgement as to when I
will have the records.

Sincerely.
Cornelius Ogunsalu
[Quoted text hidden]

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Mon, Jan 9, 2017 at 7:46 PM
To: ogunsalucorneliusoluseyi@gmail.com

Delivery to the following recipient failed permanently:

   Amy.Hunt@sweetwaterschools.org

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain sweetwaterschools.org
by d107540.a.ess.barracudanetworks.com. [64.235.154.140].

The error that the other server returned was:
550 permanent failure for one or more recipients (arlene.garcia@sweetwaterschools.org:quarantined,joe.fulcherjr@
sweetwaterschools.org:quarantined,amy.hunt@sweetwatersc...)

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=gmail.com; s=20161025;
      h=mime-version:in-reply-to:references:from:date:message-id:subject:to
      :cc:content-transfer-encoding;
      bh=ty/yY3W+7RaX2puzWr17OtmpJ8PqwjoJth7EI9mqoLA=;
      b=Lc9+OXGUQqDV75LPYc66/aIkAHCpOCJd4GTwOex3COCVIaMdCbIXIYBYsSUvYV1iHW
      nr3/GUKMTyTvnw89wJsKikxFara2FrW/IZshI/sEGEf2JOt69FdNcoMvtO4FmcGFLpkc
      icrX5u0sGadCVMZm3R4v5ED04rUDeuM0w/7Sr7Y3qpJKLTw6RjXfLoGK9vxvTDV+i924
      Z2zftZ5WisjJxF7bxWZrqd1qzbkXhz2DH/9LYelJoQ/OzkTnhJ91J7+5osg83ptywqCB
      oNFOwlq1YVIK9tJSsdmRt0+wshkqTiTxERpY8utLArtIJqa4MCM+xUZcnxzNMd9Rq66g
      znOw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

d=1e100.net; s=20161025;
h=x-gm-message-state:mime-version:in-reply-to:references:from:date
 :message-id:subject:to:cc:content-transfer-encoding;
bh=ty/yY3W+7RaX2puzWr17OtmpJ8PqwjoJth7EI9mqoLA=;
b=VqfZE5nxoQ/ptK3RYVIS9QarfuLJYZGHzRPdpa1KWr+GEZUiuiRLwK16eS55SphuTb
 VwAjOAdzu4epicavHyXsbcB3VGPVEA2EGAuHeqKUvNpwzseLG7yvTiKVQhYj2XQUOc+o
 DaXq38FNksreSX4YYMwt2NQOJBqOuXZ1yIQsYm/t8s2AQx7ViejEwd+9Cquv7h/IdoR8
 O5MkfVEADva/Mgzx7VE+2OI7Z5SelapwZt/kbAmP8b2nkd1o6pxBRT34N2ONbJoc2MLM
 zy4yrEF6WtKgQexrFoKsm3f3E3gKN7Y26QHI2wr85WTxMSbWJGoXoCeJzPobbjpVQTRD
 8X2Q==
X-Gm-Message-State: AIkVDXJNmDQm5QqvwmKQq6E6cZkI99bT1IvgRNF6vhc7jxPVR0JIeFeHWefI
8E/Ehq2wQT8VNh7eGMUZsp6fcw==
X-Received: by 10.31.68.133 with SMTP id r127mr400674vka.33.1484019993260;
 Mon, 09 Jan 2017 19:46:33 -0800 (PST)
MIME-Version: 1.0
Received: by 10.103.124.22 with HTTP; Mon, 9 Jan 2017 19:46:32 -0800 (PST)
In-Reply-To: <CAHKGHqRNNeP4o1KNJsK9Nsg23+JCkmk+oju-fRPiVcWp9=yucQ@mail.gmail.com>
References: <CAHKGHqR_8bL6cDa=-s3tGSBaqQGjO2497YkZ1=B5ZqhB4nkDeA@mail.gmail.com>
 <CAHKGHqS+SACKiHNou8DEttp_vMPBX-D0OthsfVW3q6zx1woa6A@mail.gmail.com>
 <CAHKGHqRNNeP4o1KNJsK9Nsg23+JCkmk+oju-fRPiVcWp9=yucQ@mail.gmail.com>
From: Cornelius Ogunsalu <ogunsalucorneliusoluseyi@gmail.com>
Date: Mon, 9 Jan 2017 19:46:32 -0800
Message-ID: <CAHKGHqSHR3NJ8SWK4jQObE4=Jero9tMWqJcoYbwbUtz3HsK-Dg@mail.gmail.com>
Subject: Re: REQUEST FOR ENTIRE PERSONNEL RECORDS
To: Milena.Aubry@sweetwaterschools.org, Amy.Hunt@sweetwaterschools.org,
 Joe.fulcherjr@sweetwaterschools.org
Cc: Arlene Garcia <Arlene.Garcia@sweetwaterschools.org>
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: quoted-printable
[Quoted text hidden]
----- Message truncated -----

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>            Mon, Jan 9, 2017 at 7:46 PM
To: ogunsalucorneliusoluseyi@gmail.com

Delivery to the following recipient failed permanently:

      Arlene.Garcia@sweetwaterschools.org
[Quoted text hidden]
[Quoted text hidden]
----- Message truncated -----

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>            Mon, Jan 9, 2017 at 7:46 PM
To: ogunsalucorneliusoluseyi@gmail.com

Delivery to the following recipient failed permanently:

      Milena.Aubry@sweetwaterschools.org
[Quoted text hidden]
[Quoted text hidden]
----- Message truncated -----

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>            Mon, Jan 9, 2017 at 7:46 PM
To: ogunsalucorneliusoluseyi@gmail.com

Delivery to the following recipient failed permanently:

      Joe.fulcherjr@sweetwaterschools.org
[Quoted text hidden]
[Quoted text hidden]

----- Message truncated -----